UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELMOTEC STATOMAT, INC., et.al.,        No. 07-13884

       Plaintiffs,               District Judge John Corbett O'Meara

v.                               Magistrate Judge R. Steven Whalen

VISTEON CORPORATION,

       Defendant.

_____ /

## ORDER

Before the Court are Defendant Visteon's Motion for Rule 37 Sanctions [Docket #26] and Emergency Motion to Compel the Deposition of Keith Witwer [Docket #34]. For the reasons and under the terms stated on the record on June 10, 2008,

Defendant's motion for sanctions [Docket #26] is DENIED IN PART AND GRANTED IN PART. No sanctions shall be imposed on Plaintiff at this time; however, Plaintiff will submit supplemental discovery answers, as indicated on the record, within 14 days of the date of this Order.

Defendant's motion to compel deposition prior to June 9, 2008 [DOCKET #34] is DENIED AS MOOT. However, Keith Witwer shall be deposed on July 7, 2008, or such other time as may be agreed upon by the parties.


      SO ORDERED.

S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  June 10, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 10, 2008.


s/Gina Wilson
Judicial Assistant