UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELMOTEC STATOMAT, INC., et.al.,          No. 07-13884

    Plaintiffs,                              District Judge John Corbett O'Meara

v.                                                     Magistrate Judge R. Steven Whalen

VISTEON CORPORATION,

    Defendant.
_____/

## ORDER

For the reasons and under the terms stated on the record on December 3, 2008, Defendant's Motion for Sanctions [Docket #107] is DENIED.

However, Defendant's forensic expert will be permitted to examine Mr. Witwer's 2008 computer, as well as any backup CDs of his prior computers or data storage devices, only in regard to the photographs that are at issue here (Bates Nos. E746-E748 representing the hard copies of the photographs). Any examination will take place at the office of Plaintiff's counsel, and under Plaintiff's supervision and scrutiny, in order to protect against the disclosure of proprietary, confidential, or other information not relevant to these photographs.

SO ORDERED.

                                              S/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2008

                               CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 3, 2008.

                                            S/Gina Wilson
                                            Judicial Assistant