UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELMOTEC STATOMAT, INC., and
ELMOTEC STATOMAT VERTRIEBS
GmbH,

    Plaintiffs,

                                                            Case No. 07-13884

v.

VISTEON CORPORATION,                         Hon. John Corbett O'Meara
                                                                        Hon. R. Steven Whalen

    Defendant, and

REMY INC.,

    Intervenor-Defendant.

_____/


## ORDER OVERRULING OBJECTIONS
## TO MAGISTRATE'S SEPTEMBER 25, 2008 ORDER

    Before the court is Intervenor-Defendant Remy, Inc.'s objections to Magistrate Judge Whalen's September 25, 2008 order granting Plaintiff's motion to compel discovery. Remy timely filed objections on October 14, 2008. Plaintiff submitted a response on October 31, 2008; Remy filed a reply brief on November 12, 2008.

    Pursuant to 28 U.S.C. § 636(b)(1)(A), this court may modify or set aside any portion of Magistrate Judge Whalen's non-dispositive order that is "clearly erroneous or contrary to law." See also Fed. R. Civ. P. 72(a). Having reviewed the parties submissions, the applicable legal authority, and the motion hearing transcripts from September 25, 2008, and November 6, 2008, the court concludes that Magistrate Judge Whalen's decision was not clearly erroneous or

contrary to law.

Accordingly, IT IS HEREBY ORDERED that Remy, Inc.'s objections to Magistrate Judge Whalen's September 25, 2008 order are OVERRULED.

s/John Corbett O'Meara
United States District Judge

Date: December 15, 2008


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 15, 2008, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager